ORIGINAL

FILED

04/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0150

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0150

_____

STATE OF MONTANA,

    Petitioner and Appellee,

v.

PAMELA JO POLEJEWSKI,

    Respondent and Appellant.

_____

FILED

APR 20 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pamela Jo Polejewski has filed an "Emergent Plea for Preliminary Injunction in Order to Prevent the Unconstitutional Murder and Destruction of Defendant[']s Property While Constitutional Arguments are In [] [D]ispute" along with a Motion for Reconsideration, a Motion to File Exhibits, and a Motion for Appellate Counsel as amicus curiae. We amend the caption to comport with the Cascade County District Court's alignment of the parties. M. R. App. P. 2(4).

Polejewski states that this second cause of action arose in the District Court, "regarding the Constitutionality of Senate Bill 320 and the unlawful murder and destruction of Defendant's property without any criminal conviction." In her motion for reconsideration, Polejewski challenges the District Court's Order from June 4, 2020, and lists the factual background, leading to the forfeiture of her animals and charges of animal cruelty in Cascade County. Polejewski provides that her criminal proceeding is scheduled for June 2021.

Polejewski filed her Notice of Appeal with this Court on March 30, 2021, and she attached a copy of a March 26, 2021 District Court Findings of Fact, Conclusions of Law and Order denying Polejewski's Motion for Reconsideration in Cause No. ADV-20-274. As the District Court opines in its denial Order, Polejewski appealed the June 4, 2020 Order to this Court. *State v. Polejewski*, No. DA 20-0306, 2020 MT 287N, 2020 Mont. LEXIS 2484. We consolidated her appeals of the two underlying civil

matters,[1] "requiring Polejewski to post bond on each month to cover the costs of her seized animals' care or face forfeiture of the animals pursuant to § 27-1-434, MCA." *Polejewski*, ¶ 2. On appeal, Polejewski argued that § 27-1-434, MCA, was unconstitutionally vague and unconstitutional under the double jeopardy clause. *Polejewski*, ¶ 2. We pointed out that Polejewski did not raise any issues about the constitutionality of this statute in District Court. *Polejewski*, ¶ 2. We affirmed the District Court's June 4, 2020 Order Findings of Fact, Conclusions of Law and Order Re: Animal Welfare and Cost of Care and Order Consolidating Cases. *Polejewski*, ¶¶ 2, 6.

Polejewski's motions are not well taken. We have afforded her latitude in her previous appeal, and she provides no good cause for her instant motions. This Court does not consider motions for reconsideration because such a motion does not exist in the Montana Rules of Civil Procedure. *Nelson v. Driscoll*, 285 Mont. 355, 359, 948 P.2d 256, 258-59 (1997). Polejewski is not entitled to relief as requested in her motions. Accordingly,

IT IS ORDERED that Polejewski's:

1. "Emergent Plea for Preliminary Injunction in Order to Prevent the Unconstitutional Murder and Destruction of Defendant[']s Property While Constitutional Arguments are Indispute" is DENIED;

2. Motion for Reconsideration and Motion to File Exhibits in Order to Establish a Record for Appeal are both DENIED, as moot; and

3. Motion for this Court "to Order an Appellant Attorney to help argue Constitutional Issues Amicus Curiae Senate Bill 320" is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Pamela Jo Polejewski personally.

DATED this 20 day of April, 2021.

_____
Chief Justice

---

[1] In its June 4, 2020 Order, the Cascade County District Court *sua sponte* consolidated the two cases, Cause No. ADV-20-274 and BDV-20-276(a).

_____

_____

_____

_____
Justices